UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14044-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JUAN ANTONIO GARCIA**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek Maynard Following Change of Plea Hearing [ECF No. 41]. On April 4, 2022, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 36] during which Defendant pled guilty to counts 1 and 2 of the Indictment pursuant to a stipulated factual basis and a written plea agreement [ECF Nos. 37, 38]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to counts 1 and 2 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the Indictment [ECF No. 41]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 41] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Juan Antonio Garcia as to counts 1 and 2 of the Indictment is **ACCEPTED**.

CASE NO. 21-14044-CR-CANNON

3. Defendant Juan Antonio Garcia is adjudicated guilty of counts 1 and 2 of the Indictment. Count 1 charges him with attempted production of visual depictions of sexual exploitation of minors, in violation of 18 U.S.C. § 2251(a) and (e). Count 2 charges him with attempted enticement of a minor, in violation of 18 U.S.C. § 2422(b).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 28th day of April 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:     counsel of record